**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| David L. Hasbrouck, derivatively on behalf of Galectin Therapeutics, Inc., <br><br> Plaintiff(s), <br><br> vs. <br><br> Peter G. Traber et al., <br><br> Defendant(s). | Case #14-cv-00402-HDM-VPC <br><br> **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** <br><br> FILING FEE IS $200.00 |

_____Frank J. Johnson_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Johnson & Weaver, LLP_____
(firm name)

with offices at _____110 West "A" Street, Suite 750_____,
(street address)

_____San Diego_____, _____California_____, _____92101_____,
(city)                    (state)                  (zip code)

_____(619) 230-0063_____, _____frankj@johnsonandweaver.com_____.
(area code + telephone number)          (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Plaintiff David L. Hasbrouck_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 8/14

3. That since December 9, 1994 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S.D.C., S.D. Cal. | April 11, 1995 | 174882 |
| U.S.D.C., C.D. Cal. | March 7, 2002 | 174882 |
| U.S.D.C., N.D. Cal. | December 12, 2005 | 174882 |
| U.S.D.C., E.D. Cal. | December 5, 2006 | 174882 |
| U.S. Court of Federal Claims | March 1, 1997 | |
| U.S. Court of Appeals for the 9th Circuit | June 1, 1995 | |
| U.S. Court of Appeals for the 3rd Circuit | May 27, 2008 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

The San Diego County Bar Association, The Federal Bar Association, and The Litigation Section of the State Bar of California.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 8/14

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____California____ )
COUNTY OF ____San Diego____ )

____Frank J. Johnson____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__19th__ day of __August__, __2014__.

__Shelly Marie Ramsey__
Notary Public or Clerk of Court

SHELBY MARIE RAMSEY
Commission # 1909347
Notary Public - California
San Diego County
My Comm. Expires Oct 19, 2014

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Patrick R. Leverty____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____832 Willow Street____,
(street address)

____Reno____, ____Nevada____, ____89502____,
(city)            (state)          (zip code)

____(775) 322-6636____, ____pat@levertylaw.com____.
(area code + telephone number)   (Email address)

4

Rev. 8/14

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Patrick R. Leverty_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
David L. Hasbrouck, Plaintiff
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

8840                pat@levertylaw.com
Bar number          Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 8/14

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID L. HASBROUCK, derivatively on behalf of GALECTIN THERAPEUTICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PETER G. TRABER; JAMES C. CZIRR; JACK W. CALLICUTT; GILBERT F. AMELIO; KEVIN D. FREEMAN; ARTHUR R. GREENBERG; ROD D. MARTIN; JOHN F. MAULDIN; STEVEN PRELACK; HERMAN PAUL PRESSLER, III; and DR. MARC RUBIN,<br><br>Defendants,<br><br>-and-<br><br>GALECTIN THERAPEUTICS, INC., a Nevada corporation,<br><br>Nominal Defendant. | Case No.: 14-cv-00402-HDM-VPC<br><br>**ATTACHMENT TO FRANK J. JOHNSON'S VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |

4.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S.D.C., N.D. Ill. | 12/15/10 | |
| U.S.D.C., D. of Colo. | 02/07/12 | |