**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| IN RE GALECTIN THERAPEUTICS, INC. DERIVATIVE LITIGATION | Civil Action No: 1:15-CV-00208-SCJ |
|---|---|

# NOTICE OF APPEAL

Notice is hereby given that all plaintiffs in the above-captioned action hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the final Judgment entered in this action on the 30th day of December, 2015 (Doc. No. 91) granting Gelectin Therapeutics, Inc.'s Motion to Dismiss (Doc. No. 79) and Peter G. Traber, Jack W. Callicutt, James C. Czirr, Gilbert F. Amelio, Kevin D. Freeman, Arthur R. Greenburg, Rod. D. Martin, John F. Mauldin, Steven Prelack, Herman Paul Pressler, III, and Mark Rubin (the "Individual Defendants"), and 10X Fund L.P.'s Motion to Dismiss (Doc. No. 80).

Dated: January 26, 2016

JOHNSON & WEAVER, LLP

*s/ Michael I. Fistel, Jr.*

Michael I. Fistel, Jr.
michaelf@johnsonandweaver.com
Georgia Bar No.: 262062
40 Powder Springs Street
Marietta, GA 30064
Telephone: (770) 200-3104
Facsimile: (770) 200-3101

JOHNSON & WEAVER, LLP
Frank J. Johnson *(admitted pro hac vice)*
frankj@johnsonandweaver.com
600 West Broadway, Suite 1540
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856

THE WEISER LAW FIRM, P.C.
Robert B. Weiser
rw@weiserlawfirm.com
Brett D. Stecker
bds@weiserlawfirm.com
James A. Ficaro
jmf@weiserlawfirm.com
22 Cassatt Avenue, First Floor
Berwyn, PA 19312
Telephone: (610) 225-2677
Facsimile: (610) 408-8062

THE WEISER LAW FIRM, P.C.
Kathleen A. Herkenhoff
kah@weiserlawfirm.com
12707 High Bluff Drive, Suite 200
San Diego, CA 92130
Telephone: (858) 794-1441
Facsimile: (858) 794-1450

*Co-lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2016, I electronically filed the Notice of Appeal with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

King & Spalding, LLP
Michael R. Smith
B. Warren Pope
Benjamin Lee
1180 Peachtree Street N.E.
Atlanta, GA 30309
mrsmith@kslaw.com
wpope@kslaw.com
blee@kslaw.com

*Attorneys for Defendants*

JOHNSON & WEAVER, LLP

*s/ Michael I. Fistel, Jr.*
Michael I. Fistel, Jr.
Georgia Bar #: 262062
40 Powder Springs Street
Marietta, Georgia 30064
Telephone: (770) 200-3104
michaelf@johnsonandweaver.com

*Attorney for Plaintiffs*